**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000404**
**25-JUN-2025**
**08:55 AM**
**Dkt. 18 ODSD**

NO. CAAP-24-0000404

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RYAN MANARA, Petitioner-Appellant,
v.
DERRICK R. KELLY; REBECCA V. LIKE; and RANDAL G.B. VALENCIANO,
Respondents-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-24-0000026)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka, and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1)  On June 5, 2024, self-represented Respondent-Appellant Ryan Manara (**Manara**) filed a notice of appeal.

(2)  On June 21, 2024, the appellate clerk entered a "Notice of Non-Payment," which informed Manara that upon submission of the notice of appeal he did not pay the filing fees or request a fee waiver by filing a motion for leave to proceed on appeal *in forma pauperis*, Manara must submit full payment of the filing fees by July 1, 2024, and that Manara's failure to pay the filing fees or file a motion for leave to proceed on appeal *in forma pauperis* by this date will be brought to the court's attention for action that may include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 3(a).

(3)  On September 19, 2024, the appellate clerk entered a "Default of Statement of Jurisdiction & Opening Brief," which

informed Manara that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 30, 2024 for appropriate action that may include dismissal of the appeal under HRAP Rules 12.1(e) and 30, and Manara could request relief from default by motion.

(4) Manara has not paid the appellate filing fees or obtained an order allowing him to proceed *in forma pauperis*, and failed to file the statement of jurisdiction and opening brief. Manara has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 25, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge